FILED
10/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLEN FLORENCE, JR., | Violation: Title 18, United States Code, Section 39A(a)<br><br>**UNDER SEAL** |

1:26-cr-00572
Judge John Robert Blakey
Magistrate Judge Young B. Kim
RANDOM / Cat. 5

The SPECIAL JANUARY 2026 GRAND JURY charges:

On or about September 15, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

ALLEN FLORENCE, JR.,

defendant herein, knowingly aimed the beam of a laser pointer at, and at the flight path of, an aircraft, namely, a Cook County Sheriff's Office helicopter, in the special aircraft jurisdiction of the United States;

In violation of Title 18, United States Code, Section 39A(a).

A TRUE BILL:

______________________________
FOREPERSON

______________________________
ANDREW S. BOUTROS
UNITED STATES ATTORNEY